# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

MAGNOLIA JONES                                                                            PLAINTIFFS
AND VIVIAN LYONS

V.                                                CAUSE NO. 1:14-CV-00007-SA-DAS

BAPTIST MEMORIAL HOME CARE, INC.                             DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a settlement of this case, and the Court is desirous that this matter be finally closed on its docket.

It is, therefore, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED, this the 23rd day of July, 2015.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE